Form 2650 (12/15)

FILED
AUG 30 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# United States Bankruptcy Court

Eastern District Of Virginia

In re Health Diagnostic Laboratory, Inc.,
    Debtor

Case No. 15-32919-KRH

Chapter 11

Richard Arrowsmith, Liquidating Trustee
    Plaintiff

v.

UCSL LLC d/b/a Downtown Urgent Care
    Defendant

Adv. Proc. No. 17-04046

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on May 21, 2019 as it appears in the records of this court, and that:
                                                                        (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                        (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
           (name of court)                       (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
   (date)

July 10, 2019
Date

By: _____
WILLIAM C. REDDEN
Clerk of the Bankruptcy Court
Deputy Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| In re:<br><br>HEALTH DIAGNOSTIC LABORATORY, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 15-32919-KRH<br><br>Jointly Administered |
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>UCSL LLC D/B/A DOWNTOWN URGENT CARE, *et al.*,<br><br>Defendants. | Adv. Proceeding No. 17-04046-KRH |

## ORDER GRANTING THE ENTRY OF DEFAULT AND DEFAULT JUDGMENT

On March 25, 2019, Richard Arrowsmith, in his capacity as Liquidating Trustee of the HDL Liquidating Trust (the "**Liquidating Trustee**"), appointed pursuant to the confirmed Modified Second Amended Plan of Liquidation (the "**Plan**") of Health Diagnostic Laboratory,

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Health Diagnostic Laboratory, Inc. (0119), Central Medical Laboratory, LLC (2728), and Integrated Health Leaders, LLC (2434).

Cullen D. Speckhart (VSB No. 79096)
**WOLCOTT RIVERS GATES**
919 E. Main Street, Ste. 2010
Richmond, Virginia 23219
200 Bendix Road, Ste. 300
Virginia Beach, Virginia 23452
Telephone: (757) 687-3644
Email: hdl@wolriv.com

*Counsel to Plaintiff Richard Arrowsmith,*
*Liquidating Trustee of the HDL Liquidating Trust*

Inc., and its affiliated debtors and debtors in possession (the "**Debtors**" or "**HDL**") in their jointly administered bankruptcy cases (the "**Chapter 11 Cases**"), by and through his undersigned counsel, filed his *Motion for Entry of Default and Default Judgment* (the "**Motion**") against UCSL LLC d/b/a Downtown Urgent Care and Sonny S. Saggar (the "**Defendants**"), in the above-captioned Adversary Proceeding.[2] Having received no response, objection, or other responsive pleading, the Certificate of No Objection Regarding Motion for Entry of Default and Default Judgment [Docket No. 8] was filed on May 2, 2019. The Court, having considered the Motion submitted by the Plaintiff, it appearing that due notice was given and that good cause exists to grant the relief sought in the Motion, it is hereby

**ADJUDGED, ORDERED AND DECREED:**

1. The Motion is **GRANTED**.

2. Default is hereby entered against the Defendants as authorized by Federal Rule of Bankruptcy Procedure 7055.

3. Default Judgment is hereby entered in favor of the Plaintiff and against the Defendants in the above captioned Adversary Proceeding and all relief sought by the Plaintiff therein is granted, including the following:

   a. Plaintiff is hereby awarded the avoidable transfers in the amount of $7,415.00;

   b. Plaintiff is hereby awarded his costs and expenses incurred in connection with this Adversary Proceeding, including attorney's fees, in the total amount of $1,000.00;

   c. Judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $8,415.00, which includes the amount of avoidable transfers, costs and expenses, including reasonable attorney's fees;

   d. Post-judgment interest at the maximum legal rate running from the date of the

---

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

        Judgment until the date the Judgment is paid in full;

   e. The Defendants are hereby ordered to pay forthwith the amount of the Judgment granted herein; and

   f. Any Claim of the Defendants pursuant to section 502(d) of the Bankruptcy Code is hereby disallowed.

4. The Defendants are hereby directed to pay forthwith the amount of the Judgment.

Dated: May 17 2019
Richmond, Virginia

                               /s/ Kevin R Huennekens
                               UNITED STATES BANKRUPTCY JUDGE

                        Entered on Docket: May 21 2019

I ask for this:

By: /s/ *Cullen D. Speckhart*

Cullen D. Speckhart (VSB No. 79096)

**WOLCOTT RIVERS GATES**

919 E. Main Street, Suite 2010

Richmond, VA 23219

200 Bendix Road, Ste. 300

Virginia Beach, VA 23452

Telephone: (757) 497-6633

Direct: (757) 470-5566

Email: cspeckhart@wolriv.com

*Counsel to Richard Arrowsmith,*

*Liquidating Trustee of the HDL Liquidating Trust*

A True Copy Teste:
William C. Redden, Clerk
By: [signature]
Deputy Clerk

## CERTIFICATE OF ENDORSEMENT

## PURSUANT TO LOCAL BANKRUPTCY RULE 9022-1

I hereby certify, under Local Rule 9022-1, that the foregoing Order has been endorsed by and/or served upon all necessary parties.

*/s/ Cullen D. Speckhart*
Cullen D. Speckhart

**FILED**

**AUG 3 0 2019**

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST.  ) ) ) | |
| Judgment Creditor/Plaintiff  ) ) | |
| vs.  ) ) ) | CASE No. _____ |
| UCSL LLC D/B/A DOWNTOWN URGENT CARE, et al.  ) ) ) ) | |
| Judgment Debtor/Defendant  ) | |

### AFFIDAVIT OF FOREIGN JUDGMENT

| | |
|---|---|
| STATE OF ARKANSAS     ) | |
| ) | ss. |
| COUNTY OF WASHINGTON  ) | |

COMES NOW Grace K. Johnson, the affiant, and, as attorney of record for the Judgment Creditor/Plaintiff, states under oath as follows:

1.  On May 17 2019, the Judgment Creditor obtained a judgment against Judgment Debtor, **UCSL LLC d/b/a DOWNTOWN URGENT CARE**, in an action entitled In re *Health Diagnostic Laboratory, Inc.; Richard Arrowsmith, Liquidating Trustee v. UCSL LLC, d/b/a Downtown Urgent Care, et al.*, Case No. 15-32919-KRH, Chpt 11, Adv. Proc. No. 17-04046-KRH, in the U.S. Bankruptcy Court of the Eastern District of Virginia. A certified copy of the Judgment is being filed hereto contemporaneously with this Affidavit.

2. The Judgment has not been satisfied and is entitled to recognition in Missouri.

3. The name and address of the **Judgment Creditor is Richard Arrowsmith as Liquidating Trustee of the HDL Liquidating Trust, regarding the debtors: Health Diagnostic Laboratory, Inc., Central Medical Laboratory, LLC, and Integrated Health Leaders, LLC**; Wolcott Rivers Gates, 919 E. Main Street, Suite 2010, Richmond, VA, 23219; 200 Bendix Road, Suite 300, Virginia Beach, VA, 23452. The name and last known address of the Judgment Debtor is **UCSL LLC d/b/a Downtown Urgent Care**, c/o Creighton Cohn, Registered Agent, 7751 Carondelet Avenue, Suite 204, Clayton, MO 63105.

FURTHER, AFFIANT SAYETH NOT.

_____
Grace K. Johnson
ED Mo Bar # 2009203AR

*Attorney for Judgment Creditor/Plaintiff*

Subscribed and sworn to before me this 28th day of August, 2019.

_____
Notary Public


SARITA L. TEDFORD
MY COMMISSION # 12694669
EXPIRES: July 24, 2025
Garland County