IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

RICHARD ARROWSMITH AS LIQUIDATING )
TRUSTEE OF THE HDL LIQUIDATING TRUST. )
)
   Judgment Creditor/Plaintiff )
)
vs. ) CASE No. 4:19-mc-00647-JAR
)
) RETURNABLE: November 25, 2019
UCSL, LLC, D/B/A DOWNTOWN URGENT )
CARE, SONNY SAGGAR, *et al.* )
)
   Judgment Debtor/Defendant )

## INTERROGATORIES DIRECTED TO GARNISHEE

**TO: PEOPLES NATIONAL BANK**
    **C/O Kristin Ranciglio OR an Officer of Peoples National Bank**
    **101 South Hanley Road, Suite 100**
    **Clayton, MO 63105**

Note: This garnishment is directed to any and all property belonging to and assets of Defendant and Judgment Debtor, **Sonny S. Saggar**, last known contact information – 916 Olive St. Ste 2, St. Louis, MO 63101, possible telephone number: (314) 436-9300, , including but not limited to any and all depository accounts held in the name of or for the benefit of **Sonny S. Saggar**, any income or debts due to said Defendant and Judgment Debtor, and any other property of whatever type belonging to Defendant and Judgment Debtor individually or jointly with any other person or entity, which is in your custody or control, and which is subject to garnishment.

INSTRUCTIONS: You are to answer interrogatories UNDER OATH within ten (10) days after the return date of the writ and mail the ORIGINAL to:

        Clerk, United States District Court
        111 South Tenth Street, Suite 3.300
        St. Louis, Missouri 63102

1

and a COPY to the attorney for the Judgment Creditor (or Judgment Creditor individually if there is no attorney) listed below.

> Grace K. Johnson
> Hall Estill Attorneys at Law
> 75 N. East Ave, Suite 500
> Fayetteville, AR 72701-5388

*Attorneys for Judgment Creditor/Plaintiff*

Comes now Judgment Debtor/Plaintiff, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Rule 90.13 of the Missouri Supreme Court Rules, and exhibits the following interrogatories to be answered by the Garnishee, under oath, within ten (10) days of the returnable date.

1. At the time of service of the garnishment, had you, or have you since that time had, or have you now in your possession, custody, or charge, any goods chattels, monies, credits or effects belonging to the Defendant and Judgment Debtor, **SONNY S. SAGGAR**, individually or jointly with any other person or entity? If so, state what they were or are, their value, and identify each joint or co-owner, and attach copies of any documents reflecting the identity and/or ownership of any such goods, chattels, monies, credits or effects to your answer.

<u>Answer:</u>  NO

2. At the time of service of the garnishment, were you, or have you since become, or are you now in any way, indebted to the Defendant and Judgment Debtor, **SONNY S. SAGGAR**? If your answer is "yes," state to what extent and in what manner the debt accrued, and if evidenced by any instrument in

2

writing, describe the same and state what has become of the same and under whose custody it is held, and attach a copy of this instrument to your answer.

Answer: NO

3. At the time you were summoned as Garnishee, or since that time, have you become, or are you now bound under any contracts to pay the Defendant and Judgment Debtor, directly or to any other party on account of Defendant and Judgment Debtor, any monies which are not yet due? If your answer is "yes," state the nature of said contract, the names of the contracting parties, the amount of money to become due thereunder, when the same was or is due and payable, exactly to whom the money is due and attach a copy of said contract to your answer.

Answer: NO

4. Have you paid to Defendant and Judgment Debtor, **SONNY S. SAGGAR**, or to anyone acting as his agent, or to anyone in his behalf, or to anyone on account of Defendant and

3

Judgment Debtor, **SONNY S. SAGGAR**, any money, property or effects since the time the garnishment summons herein was served on you? If your answer is "yes," state when the same was paid, the amount and nature of said payment and to whom it was paid, in what capacity the recipient received it and if paid under the terms of a contract, attach a copy of said contract.

Answer: NO

BY: /s/ Grace K. Johnson
Grace K. Johnson
ED MO Bar # 2009203AR
Hall Estill Attorneys at Law
75 N. East Ave, Suite 500
Fayetteville, AR 72701-5388
Telephone: (479) 973-5253
Facsimile: (479) 973-0520
Email: gjohnson@hallestill.com

*Attorneys for Judgment Creditor/Plaintiff*

ATTESTATION TO BE COMPLETED BY GARNISHEE

STATE OF MISSOURI ) 
                                ) SS.
CITY OF ST. LOUIS ) 

Whitney Garretson, Peoples Nat'l Bank, being first duly sworn and upon oath, states that the foregoing answers to Interrogatories are true and correct to the best of his knowledge, information and belief.

By: *Whitney Garretson*

Subscribed and sworn to before me this 29th day of Oct, 2019.

*Sara C. Crews*
Notary Public

OFFICIAL SEAL
SARA C CREWS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/27/21

My commission expires:

July 27, 2021

GARNISHEE'S
CERTIFICATE OF SERVICE

A copy of the foregoing Answers of Garnishee to Interrogatories was served upon Grace K. Johnson, Attorney for Plaintiff, 75 N. East Avenue, Suite 500, Fayetteville, AR 72701-5388, by mailing the same this _____ day of _____, 2019.

                                                                                                   Garnishee

_____



PEOPLES
NATIONAL BANK

P.O. Box 90?
Mt. Vern? IL 62864

Return Service Requested

RECEIVED
OCT 31 2019
BY MAIL



Hasler         FIRST-CLASS MAIL
10/30/2019
US POSTAGE  $000.80

ZIP 62864
011E12650994

Clerk, Untied States District Court
111 S 10th St Suite 3.300
St. Louis, MO 63102