IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD ARROWSMITH AS LIQUIDATING TRUSTEE OF THE HDL LIQUIDATING TRUST. | )<br>)<br>) |
| Judgment Creditor/Plaintiff/Garnishor | )<br>) |
| vs. | ) CASE No. 4:19-mc-00647-JAR<br>)<br>) |
| UCSL LLC D/B/A/ DOWNTOWN URGENT CARE, *et al.* | )<br>)<br>) |
| Judgment Debtor/Defendant | )<br>) |
| PEOPLES NATIONAL BANK | )<br>) |
| Garnishee | ) |

## ORDER OF DISBURSEMENT

On the 6th day of December, 2019 this matter being presented to the Court on Judgment Creditor/Plaintiff/Garnishor's Motion for an Order of Disbursement. The Court being sufficiently advised on the premises and the law; having considered the Motion and the filings of record, and from all other matters appearing before this Court, the Court finds as follows:

1. On October 21, 2019, this Court issued a Writ of Garnishment to Garnishee, Peoples National Bank in Clayton, Missouri.

2. At the time of the issuance of the Writ of Garnishment, the judgment against the Judgment Debtors/Defendants was $8415.00 plus $54 per diem, as post-judgment interest from and after May 7, 2019.

3. The Writ of Garnishment, Summons and Interrogatories were served upon Peoples National Bank in Clayton Missouri on October 23, 2019.

1

4. Garnishee, Peoples National Bank filed Responses to the Interrogatories on October 31, 2019, stating it had funds the amount of 180.82$, in its possession belonging to one or both of the Judgment Debtors, and pursuant to the Writ of Garnishment is holding such sums.

5. On November 7, 2019, this Court issued a Pay-In Order [Doc. 13] for the garnishee to pay the amount held pursuant to the writ of garnishment, as described in garnishee's answer to interrogatories, into the registry of the Court.

6. On November 17, 2019, the Court acknowledge receipt of the funds submitted by garnishee pursuant to the Pay-In Order.

7. Notice of the garnishment was provided to the Judgment Debtors pursuant to Missouri Supreme Court Rules 90.03 by mailing a copy of the garnishment documents and notice of Debtor's Rights to the Judgment Debtors' last known address.

8. Judgment Creditor/Plaintiff's judgment against Judgment Debtors/Defendants is in full force and effect and remains unpaid.

9. Judgment Creditor/Plaintiff is entitled to the funds held by the Garnishee pursuant to the Writ of Garnishment, to be applied to the amount due on the judgment.

**IT IS, THEREFORE, CONSIDERED, ORDERED, ADJUDGED AND DECREED** that:

10. The Clerk of the Court shall remit to Garnishor in care of Garnishor's attorney at the below address, the amount held by Garnishee pursuant to the Writ of Garnishment.

   Grace K. Johnson
   Hall Estill Attorneys at Law
   75 N. East Ave, Suite 500
   Fayetteville, AR 72701-5388

   The check to be made payable to:

   Hall, Estill, Hardwick, Gable, Golden and Nelson IOLTA account

11. Such funds received by Garnishor shall be applied to the judgment balance.

12. That Garnishee is discharged from liability in connection with the aforementioned garnishment.

IT IS SO ORDERED.

_____
HONORABLE JOHN A. ROSS
U.S. DISTRICT COURT OF THE EASTERN
DISTRICT OF MISSOURI